# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| *Plaintiff,* | ) DOCKET NO. 5:21-CR-00032-KDB |
| vs. | ) NOTICE OF APPEAL |
| LARRY ELWOOD STEPTOE | ) |
| *Defendant.* | ) |

Larry Elwood Steptoe, by and through undersigned counsel, hereby gives notice pursuant to Rule 4(b) of the Federal Rules of Appellate Procedure, that he is appealing the sentence entered by the Honorable Kenneth D. Bell on July 13, 2022, to the United States Court of Appeals for the Fourth Circuit.

Respectfully Submitted,

s/Kevin Tate
Kevin Tate
Senior Litigator/Assistant Federal Public Defender
Attorney for Defendant Larry Elwood Steptoe
Federal Defenders of Western District North Carolina
129 West Trade Street, Suite 300
Charlotte, NC 28202
(704) 374-0720

Dated: July 20, 2022